

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz  (1931-2016)
Norma E. Ortiz*
  ****
Martha J. de Jesus*
 *(Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

January 15, 2019

Ms. Deanna Anderson
Courtroom Deputy to the Hon. Martin Glenn
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

    **Re:**   **Joe's Place of the Bronx, NY, Inc.**
       **Chapter 11 Case**
       **Case No.17-11542**

       **Status Conference**

Dear Ms. Anderson:

 I write to confirm that a status conference hearing on the above-referenced case is scheduled for February 5, 2019 at 11:00 am.

 Thank you.

            Very truly yours,

            */s/Norma E. Ortiz*

            Norma E. Ortiz

CC: Enid Stuart, Esq.