# **EXHIBIT B**

**Joe's Place of the Bronx, Inc.**
**Cash Flow Projections, FY 2019**
**AS OF 05/31/2019**

| | ACTUAL 1/31/2019 | PROJ 1/31/2019 | ACTUAL 2/28/2019 | PROJ 2/28/2019 | ACTUAL 3/31/2019 | PROJ 3/31/2019 | ACTUAL 4/30/2019 | PROJ 4/30/2019 | ACTUAL 5/31/2019 | PROJ 5/31/2019 | PROJ 6/30/2019 | PROJ 7/31/2019 | PROJ 8/31/2019 | PROJ 9/30/2019 | PROJ 10/31/2019 | PROJ 11/30/2019 | PROJ 12/31/2019 | PROJ 2019 | FORECAST 4/30/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | | | | | | |
| Credit Cards | 49,269 | 50,000 | 60,240 | 65,000 | 52,658 | 62,000 | 69,854 | 69,000 | 67,158 | 80,000 | 75,000 | 81,000 | 58,700 | 57,875 | 57,500 | 50,000 | 68,000 | 747,254 | 759,242 |
| Cash | 17,839 | 13,200 | 27,803 | 32,000 | 19,645 | 23,500 | 27,396 | 23,000 | 10,027 | 13,000 | 23,000 | 25,000 | 29,000 | 27,500 | 23,000 | 22,000 | 37,000 | 289,210 | 287,787 |
| Other Credits | 6,204 | 4,500 | 5,509 | 2,000 | 2,281 | 1,000 | 3,979 | 7,000 | 5,354 | 3,500 | 3,000 | 4,000 | 3,200 | 2,000 | 10,000 | 4,400 | 5,000 | 54,927 | 56,094 |
| **Total Revenue** | 73,312 | 67,700 | 93,552 | 99,000 | 74,584 | 86,500 | 101,229 | 99,000 | 82,539 | 96,500 | 101,000 | 110,000 | 90,900 | 87,375 | 90,500 | 76,400 | 110,000 | 1,091,391 | 1,103,123 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | | | | |
| Food | 40,751 | 28,000 | 34,225 | 35,000 | 29,485 | 29,800 | 38,551 | 41,000 | 32,122 | 37,000 | 33000 | 44,000 | 34,600 | 38,500 | 36,500 | 35,000 | 33,000 | 429,734 | 437,061 |
| Liquor | 1,269 | 500 | | 1,000 | 412 | 500 | 563 | 500 | | 500 | 500 | 1,000 | 400 | 500 | 1,300 | 500 | | 6,444 | 6,881 |
| Linens | 1,822 | 900 | 1,434 | 900 | 626 | 900 | 960 | 900 | 1,113 | 900 | 900 | 900 | 1,000 | 600 | 800 | 1,300 | 1,000 | 12,455 | 12,182 |
| Payroll Taxes | 1,988 | 6,000 | 4,558 | 5,000 | 3,628 | 5,000 | 4,862 | 5,000 | 5,859 | 5,000 | 7,000 | 7,000 | 2,200 | 3,300 | 4,200 | 4,500 | 3,800 | 52,895 | 52,174 |
| Wages | 5,469 | 4,500 | | 9,000 | 5,532 | 8,000 | 5,736 | 8,000 | 5,149 | 8,000 | 10,000 | 10,000 | 5,300 | 2,200 | 6,300 | 4,600 | 7,100 | 67,386 | - |
| | | | | | | | | | | | | | | | | | | | 72,501 |
| **Total Cost of Goods Sold** | 51,299 | 39,900 | 40,217 | 50,900 | 39,683 | 44,200 | 50,672 | 55,400 | 44,243 | 51,400 | 51,400 | 62,900 | 43,500 | 45,100 | 49,100 | 45,900 | 44,900 | 568,914 | 580,799 |
| **Gross Profit** | 22,013 | 27,800 | 53,335 | 48,100 | 34,901 | 42,300 | 50,557 | 43,600 | 38,296 | 45,100 | 49,600 | 47,100 | 47,400 | 42,275 | 41,400 | 30,500 | 65,100 | 522,477 | 522,324 |
| **Administrative Costs:** | | | | | | | | | | | | | | | | | | | |
| Insurance | 2,348 | 1,500 | 1,160 | 1,500 | 1,160 | 1,500 | | 1,500 | | 1,500 | 1,500 | 1,500 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 14,668 | 17,668 |
| Payroll Expenses | 4,653 | 1,500 | 10,417 | 2,000 | 3,250 | 1,000 | 954 | 1,000 | | 1,000 | 1,000 | 1,000 | 1,200 | 2,200 | 1,500 | 1,000 | 600 | 27,774 | 28,820 |
| Sales Tax | 7,920 | 7,000 | 7,260 | 15,000 | 7,772 | 13,000 | 3,318 | 10,000 | 11,250 | 9,000 | 9,000 | 9,000 | 5,000 | 15,000 | 7,900 | 7,600 | 7,500 | 98,520 | 102,952 |
| Office Expenses | | 500 | | 500 | 1,591 | 500 | 400 | 500 | 410 | 500 | 200 | 300 | 200 | | 200 | | | 3,301 | 3,491 |
| Security | 57 | | 579 | | 527 | | 57 | | 57 | | | | | | | 400 | 500 | 2,177 | 2,063 |
| Court Charges | | 950 | 2,935 | | | 950 | 976 | | 976 | 950 | | 950 | 3,900 | | 1,000 | | | 10,737 | 9,735 |
| Professional Fees | | 350 | 57 | 750 | | 350 | | 750 | | 350 | 350 | 500 | | 450 | | 350 | | 1,707 | 2,807 |
| Equipment Rental | 62 | 500 | | 500 | 700 | 500 | | 500 | | 500 | 500 | 490 | | | | | 10 | 1,762 | 2,762 |
| Repairs | | | | 250 | | | | 250 | | | 200 | | | | | | | 200 | 450 |
| State & City taxes | 3,245 | | | 150 | | | 280 | 150 | | | 150 | | 600 | | 500 | | 600 | 5,375 | 5,245 |
| Credit Card Expenses | 342 | 300 | 88 | 300 | 88 | 300 | 88 | 300 | 88 | 300 | 1,200 | 300 | 300 | 300 | 300 | 300 | 300 | 3,694 | 4,118 |
| Human Resources | 205 | 205 | | 205 | | 205 | | 205 | | 205 | 1,000 | 205 | 845 | 600 | 200 | 325 | 300 | 3,680 | 4,090 |
| Cable | 485 | 450 | 486 | 450 | 500 | 450 | 500 | 450 | 500 | 450 | 450 | 450 | 800 | 400 | 500 | 150 | 1,000 | 6,221 | 6,121 |
| Waste Management | 1,350 | 1,100 | 1,250 | 1,100 | 1,398 | 1,100 | 1,750 | 1,100 | 1,494 | 1,100 | 2,100 | 2,100 | 1,300 | 1,600 | 2,000 | 1,300 | 1,600 | 19,242 | 18,198 |
| Mintenance and Cleaning | 160 | 300 | 160 | 1,000 | 160 | 1,400 | 168 | 1,000 | 718 | 1,400 | 1,100 | 1,400 | 200 | | 200 | | 1,000 | 5,266 | 6,780 |
| Utilities | 6,933 | 6,000 | 3,717 | 6,000 | | 6,300 | | 6,000 | 1,000 | 6,300 | 6,500 | 6,000 | 8,200 | 6,700 | 4,300 | 6,000 | 12,300 | 61,650 | 72,950 |
| Rent & Property Taxes | | 12,075 | 18,000 | 12,075 | 15,500 | 12,075 | 18,000 | 12,075 | 14,000 | 12,075 | 12,075 | 12,075 | 12,075 | 12,075 | 12,075 | 12,075 | 12,075 | 150,025 | 142,175 |
| Back Rent Payments | 175 | 1,200 | | 2,200 | | 1,200 | | 2,200 | | 4,200 | 2,200 | 5,300 | 1,200 | 2,200 | 1,200 | 2,200 | 1,200 | 15,675 | 22,075 |
| Bank Charges | | 150 | 385 | 150 | 280 | 150 | 25 | 150 | 315 | 150 | 150 | 150 | 350 | 385 | 600 | 315 | 525 | 3,480 | 3,440 |
| **Total Administrative Costs** | 27,935 | 34,080 | 46,494 | 44,130 | 32,926 | 40,980 | 26,516 | 38,130 | 30,808 | 39,980 | 39,675 | 41,720 | 37,570 | 43,310 | 33,875 | 33,415 | 40,910 | 435,154 | 455,940 |
| **CASH PROFIT (LOSS)** | (5,922) | (6,280) | 6,841 | 3,970 | 1,975 | 1,320 | 24,041 | 5,470 | 7,488 | 5,120 | 9,925 | 5,380 | 9,830 | (1,035) | 7,525 | (2,915) | 24,190 | 87,323 | 66,384 |

#