# EXHIBIT C

JOE'S PLACE OF THE BRONX, NY, INC.,
Case No. 17-11542-mg

# Liquidation Analysis As of May 31, 2019

**Estimated Liquidation Value of Assets**

**Assets**:

| | |
|---|---|
| a. Cash on hand | $    48,008.00 |
| b. Accounts receivable | $     7,000.00 |
| c. Inventory | $    10,500.00 |
| d. Office furniture & equipment | $         0.00 |
| e. Machinery & Restaurant equipment | $    30,000.00 |
| f. Automobiles | $      7500.00 |
| g. Building & Land | $         0.00 |
| h. Customer list | $         0.00 |
| i. Investment property (such as stocks, bonds or other financial assets) | $         0.00 |
| j. Lawsuits or other claims against third-parties | $         0.00 |
| k. Lawsuits or other claims against third-parties | $        00.00 |
| l. Other intangibles (such as avoiding powers actions) | $         0.00 |
| *Total Assets at Liquidation Value* | **$   103,008.00** |

**Less:**

| | |
|---|---|
| Secured creditors' recoveries | $         0.00 |
| Chapter 7 trustee fees and expenses* | $     8,600.00 |
| Chapter 11 Administrative Expenses | $    20,000.00 |
| Priority and Secured Tax Claims (excluding Administrative Expense claims) | $ 3,129,839.19 |

**Total Secured, Administrative, Priority Claims   $ 3,158,49.19**

    (1) Balance available for unsecured claims      $ 0.00

    (2) Total dollar amount of unsecured claims  $  $139, 858.26

Percentage of Claims Which Unsecured Creditors
Would Receive Or Retain in a Chapter 7 Liquidation:      0 % [Divide (1) by (2)]

Percentage of Claims Which Unsecured Creditors
Will Receive under the Plan:                              10 %


*Estimated at 10% of total liquidation assets